ACCEPTED
03-13-00081-CV
6667047
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 3:46:01 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00081-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 3:46:01 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AT AUSTIN, TEXAS

**TWENTY FIRST CENTURY HOLDINGS, INC., D/B/A AMERICAN GEOTHERMAL
SYSTEMS, INC., VICTOR DEMARCO, AND N. WEST SHORT,**
Appellants,

v.

**PRECISION GEOTHERMAL DRILLING, LLC**
Appellee.

### AGREED MOTION TO DISMISS WITH PREJUDICE

Appellants Twenty First Century Holdings, Inc. d/b/a American Geothermal Systems, Inc., Victor DeMarco, and N. West Short (Appellants) file this Agreed Motion to Dismiss with Prejudice any and all claims asserted by and between Appellants and Appellee Precision Geothermal Drilling, LLC, on the ground that these parties have reached a settlement. An Agreed Order of Dismissal accompanies this Motion.

1

Respectfully submitted,

West Short & Associates, P.C.

By: _____

N. West Short
Bar No. 00788407
313 West 10th Street
Georgetown, Texas 78626
Telephone: 512-864-3911
Facsimile: 512-864-3966
West.short@westshortlawfirm.com

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(a)(5), the undersigned states that he has conferred with counsel for Precision Geothermal Drilling, LLC concerning the merits of this Agreed Motion To Dismiss with Prejudice and this Agreed Motion to Dismiss with Prejudice is not opposed.

_____

N. West Short

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by facsimile, e-mail, or e-service, in accordance with the Texas Rules of Appellate Procedure on this 26th day of _____, 2015 upon the following:

The Snell Law Firm, PLLC
Jason Snell
The Littlefield Building
106 E. 6th Street, Suite 330
Austin, Texas 78701
512-477-5294 (fax)

ATTORNEYS FOR PRECISION
GEOTHERMAL DRILLING, LLC

N. West Short